**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-6539**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

RICKEY MAZIQUE,

Defendant - Appellant.

---

Appeal from the United States District Court for the District of South Carolina, at Florence.   Cameron McGowan Currie, District Judge.  (CR-95-19)

---

Submitted:  August 5, 1999         Decided:  August 11, 1999

---

Before MURNAGHAN and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Rickey Mazique, Appellant Pro Se.  Alfred William Walker Bethea, Assistant United States Attorney, Florence, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ricky Mazique appeals from the district court's order denying his motion to modify his sentence. We have reviewed the record and the district court's order and find no reversible error. The issue raised in Mazique's motion was decided against him on direct appeal. Accordingly, we affirl the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2